1

2

3

4

5        **UNITED STATES DISTRICT COURT**

6              **DISTRICT OF NEVADA**

7

8    JUDITH ANN ANDERSON, Administrator of the  )
     Estate of JEAN C. BRIDGE,                  )
9                                               )
                          Plaintiff,            )      Case No.  2:10-cv-02235-GMN-GWF
10                                              )
     vs.                                        )      **ORDER**
11                                              )
     WAL-MART STORES, INC., *et al.*,           )
12                                              )
                          Defendants.           )
13   _____)

14          This matter is before the Court on Plaintiff's Motion for Extension of Scheduled Discovery

15   Deadlines (#25), filed July 15, 2011 and Defendant Wal-Mart Stores, Inc.'s Opposition to

16   Plaintiff's Motion (#28), filed July 22, 2011.  The Court conducted a hearing in this matter on July

17   25, 2011.  After considering the papers submitted by the parties, as well as oral argument by

18   counsel, the matter having been submitted following argument for decision, and good cause

19   appearing,

20          **IT IS ORDERED** that Plaintiff's Motion for Extension of Scheduled Discovery Deadlines

21   (#25) is **granted**.  The following discovery plan and scheduling order dates shall apply:

22          1.      Last date to complete discovery:  **October 17, 2011**

23          2.      Supplemental Expert Reports are due:  **September 15, 2011**

24          3.      Last date to disclose rebuttal experts:  **September 30, 2011**

25          4.      Last date to file dispositive motions:  **November 16, 2011**

26   . . .

27   . . .

28   . . .

5.     Last date to file joint pretrial order: **December 16, 2011**.  In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

DATED this 25th day of July, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge